JOSEPH SCHECHTER, Respondent, v. SPEAR BOX COMPANY INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

MYRON GRAY, Respondent, v. BEATTIE PRODUCTS, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and defendant's cross motion to dismiss the complaint granted. There is no affidavit of merits and there is no showing explaining the long delay in the prosecution of the action. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

HARTMAN, SHERIDAN & TEKULSKY, Respondents, v. BERNARD R. HALE, Appellant. ELISABETH B. HALE, Respondent, v. BERNARD R. HALE, Appellant. ELISABETH B. HALE, Respondent, v. BERNARD R. HALE, Appellant. BERGDORF & GOODMAN COMPANY, Respondent, v. BERNARD R. HALE, Appellant, and ELISABETH HALE, Respondent. BONWIT TELLER, INC., Respondent, v. BERNARD R. HALE, Appellant, and ELISABETH HALE, Respondent. FEDERATED DEPARTMENT STORES, INC., Respondent, v. ELISABETH HALE, Respondent, and BERNARD R. HALE, Appellant. LORD & TAYLOR, a Division of Associated Dry Goods Corporation, Respondent, v. BERNARD R. HALE, Appellant, and ELISABETH B. HALE, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion to consolidate the seven actions granted. There are issues common to all actions to be tried. There is also an especially valuable policy to be served by consolidation in this type of situation (see *Benjamin* v. *Benjamin,* 283 App. Div. 455). Settle order on notice. Present — Callahan, J. P., Breitel, Botein and Rabin, JJ.

VIOLA V. MALKIN, Appellant, v. BERKLEY HOUSE, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

JACOB SILVERMAN v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

JACOB SILVERMAN v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of MEYER E. RUBENSTEIN, Appellant, against GEORGE P. MONAGHAN, as Commissioner, Respondent.— Motion denied and the appeal dismissed. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.